IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00237-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANE BILLSIE,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a motions hearing in this matter is set for two hours on **September 1, 2009 at 1:30 p.m.**

    DATED August 21, 2009.