IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00237-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANE BILLSIE,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing scheduled for **January 22, 2010 at 11:00 a.m.** is VACATED and RESET for **January 20, 2010 at 2:30 p.m.**

    DATED January 7, 2010.